## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA LAWSON, INDIVIDUALLY ) | |
| AND AS MOTHER AND NEXT FRIEND ) | |
| OF H.M., A MINOR, ) | |
| ) | |
|    PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. CIV-20-953-J |
| ) | |
| HARRAH HIGH SCHOOL, ) | |
| HARRAH PUBLIC SCHOOLS, ) | |
| CHARLES JAMES COPELAND, ) | |
| ) | |
|    DEFENDANTS. ) | |

## NOTICE OF VOLUNTARY PARTIAL
## DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, by and through counsel of record, and hereby dismisses her claim against Defendants, Harrah High School and Harrah Public Schools, with prejudice to the refiling thereof. Plaintiff retains her right to pursue all claims against Defendant, Charles James Copeland.

     /s/ L. Justin Lowe_____
     L. Justin Lowe, OBA No. 18958
     Shelby Shelton, OBA No. 32666
     3133 N.W. 63rd Street
     Oklahoma City, OK 73116
     Telephone: (405) 848-7777
     Facsimile: (405) 767-0529
     justin@justinlowepc.com
     shelbysheltonlaw@gmail.com
     *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the  18th  day of   August   2021, I electronically transmitted the attached documents to the Clerk of the Court using the Electronic Case Filing system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

F. Andrew Fugitt, OBA No. 10302
Justin C. Cliburn, OBA No. 32223
The Center for Education Law, P.C.
900 N. Broadway Ave., Suite 30
Oklahoma City, Oklahoma 73102
afugitt@cfel.com
jcliburn@cfel.com
Attorneys for Defendant
Harrah Public Schools


And by regular U.S. Postal Mail to:

Charles Copeland
DOC #871223
Oklahoma State Reformatory
Unit: MSU-4-161
P.O. Box 514
Granite, Oklahoma 73547-0514
Pro Se Defendant


*/s/ L. Justin Lowe*_____
L. JUSTIN LOWE
SHELBY SHELTON